# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:18−cv−10141−MOB−EAS

| | |
|---|---|
| Bridgeport Music, Inc. et al v. Tufamerica, Inc. et al | Date Filed: 01/11/2018 |
| Assigned to: District Judge Marianne O. Battani | Date Terminated: 02/20/2019 |
| Referred to: Magistrate Judge Elizabeth A. Stafford | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bridgeport Music, Inc.**          represented by   **Benjamin M. Sobczak**
Dickinson Wright PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
313−223−3094
Fax: 313−223−3598
Email: bsobczak@dickinsonwright.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Richard S. Busch**
King & Ballow
315 Union Street
1100 Union Street Plaza
Nashville, TN 37201
615−259−3456
Email: rbusch@kingballow.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Daniel D. Quick**
Dickinson Wright
2600 West Big Beaver Road
Suite 300
Troy, MI 480834−3312
248−433−7242
Fax: 248−433−7200
Email: dquick@dickinsonwright.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Plaintiff**

**Westbound Records, Inc.**          represented by   **Benjamin M. Sobczak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Richard S. Busch**
(See above for address)

|   |   |   |
|---|---|---|
|   |   | ATTORNEY TO BE NOTICED  *Bar Status: Sworn* |
|   |   | **Daniel D. Quick**  (See above for address)  ATTORNEY TO BE NOTICED  *Bar Status: Sworn* |

V.

**Defendant**

| **Tufamerica, Inc.**  *d/b/a Tuff City Records* | represented by | **Thomas P. Heed**  Heed Law Group PLLC  39555 Orchard Hill Place  Suite 600  Novi, MI 48375  248−465−8655  Fax: 248−971−5564  Email: theed@heedlawgroup.com  ATTORNEY TO BE NOTICED  *Bar Status: Sworn* |
|---|---|---|

**Defendant**

| **Kay Lovelace Taylor**  *individually* | represented by | **Thomas P. Heed**  (See above for address)  ATTORNEY TO BE NOTICED  *Bar Status: Sworn* |
|---|---|---|

**Defendant**

| **Kay Lovelace Taylor**  *on behalf of the Estate of LeBaron Taylor* | represented by | **Thomas P. Heed**  (See above for address)  ATTORNEY TO BE NOTICED  *Bar Status: Sworn* |
|---|---|---|

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2018 | 1 | COMPLAINT *for Declaratory Judgment and Jury Demand* filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645−6551389 − Fee: $ 400. County of 1st Plaintiff: Oakland – County Where Action Arose: Oakland – County of 1st Defendant: Out of State. [Previously dismissed case: No] [Possible companion case(s): None] (Quick, Daniel) (Entered: 01/11/2018) |
| 01/12/2018 |   | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (LGra) (Entered: 01/12/2018) |
| 01/12/2018 | 2 | SUMMONS Issued for *Kay Lovelace Taylor(individually)* (LGra) (Entered: 01/12/2018) |
| 01/12/2018 | 3 | SUMMONS Issued for *Tufamerica, Inc.* (LGra) (Entered: 01/12/2018) |

| | | |
|---|---|---|
| 01/12/2018 | Ï 4 | SUMMONS Issued for *Kay Lovelace Taylor(on behalf of the Estate of LeBaron Taylor)* (LGra) (Entered: 01/12/2018) |
| 01/16/2018 | Ï 5 | NOTICE of Appearance by Benjamin M. Sobczak on behalf of All Plaintiffs. (Sobczak, Benjamin) (Entered: 01/16/2018) |
| 01/16/2018 | Ï 6 | Report REPORT *on the Filing or Determination of an Action or Appeal Regarding a Copyright* by All Plaintiffs (Sobczak, Benjamin) (Entered: 01/16/2018) |
| 01/16/2018 | Ï 7 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by All Plaintiffs (Sobczak, Benjamin) (Entered: 01/16/2018) |
| 01/16/2018 | Ï 8 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by All Plaintiffs (Sobczak, Benjamin) (Entered: 01/16/2018) |
| 01/19/2018 | Ï 9 | WAIVER OF SERVICE Returned Executed. Tufamerica, Inc. waiver sent on 1/18/2018, answer due 3/19/2018. (Sobczak, Benjamin) (Entered: 01/19/2018) |
| 02/02/2018 | Ï 10 | CERTIFICATE of Service/Summons Returned Executed. Kay Lovelace Taylor(individually) served on 1/18/2018, answer due 2/8/2018. (Sobczak, Benjamin) (Entered: 02/02/2018) |
| 02/02/2018 | Ï 11 | CERTIFICATE of Service/Summons Returned Executed.. (Sobczak, Benjamin) (Entered: 02/02/2018) |
| 02/08/2018 | Ï 12 | NOTICE of Appearance by Thomas P. Heed on behalf of All Defendants. (Heed, Thomas) (Entered: 02/08/2018) |
| 03/02/2018 | Ï 13 | STIPULATION AND ORDER FOR EXTENSION OF TIME – Defendants, TUFAMERICA INC. and KAY LOVELACE TAYLOR answer or otherwise respond to the Plaintiffs Complaint, up to and including March 19, 2018 Signed by District Judge Marianne O. Battani. (KDoa) (Entered: 03/02/2018) |
| 03/19/2018 | Ï 14 | MOTION to Dismiss *under Rule 12(b)(2) and/or 12(b)(3)*, MOTION to Change Venue *under 28 USC 1406* by All Defendants. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Declaration of Thomas P. Heed, # 3 Exhibit Declaration of Evan Becker, # 4 Exhibit Declaration of Kay Taylor Oliver) (Heed, Thomas) (Entered: 03/19/2018) |
| 03/26/2018 | Ï 15 | NOTICE OF HEARING on 14 MOTION to Dismiss *under Rule 12(b)(2) and/or 12(b)(3)* MOTION to Change Venue *under 28 USC 1406*. **Response due by 4/23/2018 Reply due by 5/14/2018 Motion Hearing set for 5/31/2018 03:00 PM before District Judge Marianne O. Battani** (CMot) (Entered: 03/26/2018) |
| 03/29/2018 | Ï 16 | NOTICE of Appearance by Richard S. Busch on behalf of All Plaintiffs. (Busch, Richard) (Entered: 03/29/2018) |
| 04/23/2018 | Ï 17 | RESPONSE to 14 MOTION to Dismiss *under Rule 12(b)(2) and/or 12(b)(3)* MOTION to Change Venue *under 28 USC 1406* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A – Declaration of Armen Boladian, # 3 Exhibit B – Declaration of Ed Wolfrum, # 4 Exhibit C – Unpublished Opinions) (Busch, Richard) (Entered: 04/23/2018) |
| 05/14/2018 | Ï 18 | REPLY to Response re 14 MOTION to Dismiss *under Rule 12(b)(2) and/or 12(b)(3)* MOTION to Change Venue *under 28 USC 1406* filed by All Defendants. (Attachments: # 1 Exhibit Declaration of Thomas P. Heed) (Heed, Thomas) (Entered: 05/14/2018) |
| 05/23/2018 | Ï 19 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Tufamerica, Inc. (Heed, Thomas) (Entered: 05/23/2018) |
| 05/31/2018 | Ï | |

| | | |
|---|---|---|
| | | Remark – JUDGE BATTANI'S MOTION HEARING SCHEDULED FOR TODAY, MAY 31, 2018 AT 3:00 P.M. WILL BE HELD IN COURTROOM 737 (Judge Borman's Courtroom) (KDoa) (Entered: 05/31/2018) |
| 05/31/2018 | Ï | Minute Entry for proceedings before District Judge Marianne O. Battani: Motion Hearing held on 5/31/2018 re 14 MOTION to Dismiss *under Rule 12(b)(2) and/or 12(b)(3)* MOTION to Change Venue *under 28 USC 1406* filed by Tufamerica, Inc., Kay Lovelace Taylor. (Court Reporter: Rob Smith) (KDoa) (Entered: 05/31/2018) |
| 02/20/2019 | ì 20 | OPINION AND ORDER GRANTING IN PART DEFENDANTS 14 MOTION TO DISMISS OR TRANSFER VENUE. Signed by District Judge Marianne O. Battani. (KDoa) (Entered: 02/20/2019) |
| 02/20/2019 | ì 21 | ORDER TRANSFERRING CASE to the Southern District of New York. Signed by District Judge Marianne O. Battani. (DPer) (Entered: 02/20/2019) |