

**REITLER KAILAS & ROSENBLATT** LLC

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul A Gardph*

Paul G. Gardephe, U.S.D.J.

*March 10, 2020*

*The conference is adjourned to April 23, 2020 at 10:30.*

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Tel: 212.209.3050
Fax: 212.371.5500

**Princeton**
4 Independence Way
Princeton, NJ 08540
Tel: 609.514.1500
Fax: 609.514.1501

www.reitlerlaw.com

March 9, 2020

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **Bridgeport Music, Inc., et al. v. Tufamerica, Inc., et al.; 19-cv-01764-PGG**

Dear Judge Gardephe:

We are the attorneys for defendant and counterclaimant TufAmerica, Inc. d/b/a Tuff City Records and defendant Kay Lovelace Taylor, individually and on behalf of the Estate of LeBaron Taylor, in the above-referenced action. We submit this letter jointly with all counsel of record in advance of the upcoming March 12, 2020 status conference to respectfully request a brief and limited extension of the current March 12, 2020 deadline for the close of fact discovery and, consequently, the deadlines for filing post-discovery dispositive motion letters to the Court.

While the parties have been and continue to diligently undertake discovery in this action, the parties require additional time to complete party depositions and third-party discovery. The parties anticipate completing their respective document productions by March 12, 2020, and have scheduled the depositions of the four parties to be taken over four days in three different states – Arizona, Michigan, and New York – by mid-April. The Defendants have also located physical evidence that cannot be copied but is being made available to Plaintiffs' counsel to inspect in New York during the first week of April.

Defendants' local counsel in Tallahassee, Florida is in the process of serving a subpoena for documents from and the deposition of an essential non-party witness to the instant dispute: George Clinton, who is notoriously difficult to serve with process. Defendants also intend to serve document subpoenas upon BMI and ASCAP, and will do so in the next couple of weeks.

Given the foregoing, the parties jointly and respectfully request a 30-day extension of the current deadline to complete party depositions, i.e., until April 11, 2020, and a 60-day enlargement of the time to complete fact discovery. This is the first request for an extension of these deadlines.

250497

Hon. Paul G. Gardephe
March 9, 2020
Page 2 of 2

   With respect to the upcoming status conference on March 12th, in light of the recent coronavirus outbreak, and in an abundance of caution, I will be working from home for 2 weeks following my return to the U.S. today from my travels in Asia.  I will therefore not be able to attend the status conference currently set for March 12, and respectfully request that the Court adjourn the conference to a date in mid-April after the parties' scheduled depositions have been completed.  Counsel for Plaintiffs consents to this request.

   Thank you for your consideration of this request.

Respectfully Submitted,

*s/ Brian D. Caplan*

Brian D. Caplan

cc: All counsel of record (via ECF)