UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIDGEPORT MUSIC INC., and
WESTBOUND RECORDS, INC.,

      Plaintiffs,

-against-

TUFAMERICA INC., d/b/a Tuff City Records,
KAY LOVELACE TAYLOR, individually,
KAY LOVELACE TAYLOR, on behalf of the
Estate of LeBaron Taylor,

      Defendants.

**ORDER**

19 Civ. 1764 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this matter presently scheduled for April 8, 2021 is adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
    February 5, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge