UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIDGEPORT MUSIC INC. and WESTBOUND RECORDS, INC.,<br><br>                      Plaintiffs,<br>-v-<br><br>TUFAMERICA INC. and KAY LOVELACE TAYLOR, individually and behalf of the estate of LeBaron Taylor,<br><br>                      Defendants. | CIVIL ACTION NO.: 19 Civ. 1764 (PGG) (SLC)<br><br>**TELEPHONE CONFERENCE**<br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, February 25, 2021 at 10:00 am** on the Court's conference line to discuss the discovery disputes described at ECF No. 56. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:        New York, New York
                February 8, 2021

                                                    SO ORDERED

                                                _____
                                                SARAH L. CAVE
                                                United States Magistrate Judge