UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIDGEPORT MUSIC INC. and WESTBOUND RECORDS, INC.,

                              Plaintiffs,

-v-

TUFAMERICA INC. and KAY LOVELACE TAYLOR, individually and behalf of the estate of LeBaron Taylor,

                              Defendants.

CIVIL ACTION NO.: 19 Civ. 1764 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, February 25, 2021, the Court ORDERS that the deadline to complete depositions is extended from March 1, 2021 to **April 1, 2021**.

As further discussed during today's conference, Plaintiffs will undertake to ascertain what information they can reasonably provide concerning revenue streams arising from licenses or interests in derivative works, for the last three years, resulting from settlement agreements concerning the six (6) songs at issue in this action, to resolve the discovery dispute raised in ECF Nos. 56 and 62, and if the parties are unable to resolve the dispute, they may request a further conference by letter to the undersigned.

Dated:      New York, New York
               February 25, 2021

                                            SO ORDERED

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**