UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIDGEPORT MUSIC INC. and WESTBOUND RECORDS, INC.,

                Plaintiffs,

-v-

TUFAMERICA INC. and KAY LOVELACE TAYLOR, individually and behalf of the estate of LeBaron Taylor,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 1764 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is the parties' letter-motion (ECF No. 71) seeking clarification of the directives contained in the Court's February 25, 2021 Order (ECF No. 63) (the "Feb. 25, 2021 Order").

The Feb. 25, 2021 Order, which was entered after <u>extensive</u> discussion with the parties during the conference the same day, is unambiguous. To avoid further disputes between the parties and facilitate the completion of fact discovery, the Court adopts Defendants' limitation of the scope of their requests as set forth in the parties' letter-motion, <u>i.e.</u>, "(i) any settlement agreements relating to prior claims of copyright infringement with respect to the six compositions at issue in this case where Plaintiffs were granted a new interest in another composition or where Plaintiffs provided a license to the alleged infringers for such work, and (ii) documents reflecting the income received by Plaintiffs from April 11, 2016, i.e., three years prior to the filing of Defendants' copyright infringement counterclaims in this action, to the present in connection with such settlements or additional works." (ECF No. 71 at 2–3). Plaintiffs are <u>not</u> required to produce monetary payments Plaintiffs received <u>before</u> April 11, 2016.

The Clerk of the Court is respectfully directed to close ECF No. 71.

Dated: New York, New York
April 7, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**