UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIDGEPORT MUSIC INC. and WESTBOUND RECORDS, INC., <br><br> Plaintiffs, <br><br> -v- <br><br> TUFAMERICA INC. and KAY LOVELACE TAYLOR, individually and behalf of the estate of LeBaron Taylor, <br><br> Defendants. | CIVIL ACTION NO.: 19 Civ. 1764 (PGG) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On October 27, 2020, the Honorable Paul G. Gardephe granted the parties' joint request to extend the deadline for party depositions to March 1, 2021 and the fact discovery deadline to April 3, 2021. (ECF No. 54). On February 5, 2021, this matter was referred to me for general pretrial purposes (ECF No. 57), and, on February 25, 2021, the Court extended the deadline to complete depositions to April 1, 2021. (ECF No. 63). On April 1, 2021, to allow the parties to complete the depositions of "Plaintiffs' corporate representative, Armen Boladian" and non-party witness "George Clinton," the Court granted the parties' request for an extension of the deadline to complete party depositions to April 30, 2021 and the deadline to complete non-party depositions to May 15, 2021, (ECF No. 68). Neither party requested a further extension of these deadlines, which have now passed.

Accordingly, by **June 11, 2021**, the parties shall file a joint letter certifying that the depositions of Mr. Boladian and Mr. Clinton were conducted and that discovery is complete. The letter should also indicate whether the parties would like the Court to conduct a settlement

conference. If the parties anticipate engaging in dispositive motion practice, they shall do so in accordance with Judge Gardephe's Individual Rules of Practice.

Dated:     New York, New York
           June 9, 2021

SO ORDERED

*[signature: Sarah Cave]*

SARAH L. CAVE
**United States Magistrate Judge**