UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIDGEPORT MUSIC INC., and
WESTBOUND RECORDS, INC.,

                      Plaintiffs,

- against -

TUFAMERICA INC., d/b/a Tuff City Records,
KAY LOVELACE TAYLOR, individually,
KAY LOVELACE TAYLOR, on behalf of the
Estate of LeBaron Taylor,

                      Defendants.

**ORDER**

19 Civ. 1764 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court is in receipt of Plaintiffs' motion for summary judgment (Dkt. No. 90). Consistent with the provisional briefing schedule set forth in the Court's October 1, 2021 order (Dkt. No. 85), the final briefing schedule for submissions regarding the parties' cross-motions for summary judgment is as follows:

1. Defendants' opposition and cross-motion for summary judgment (if any) are due **December 20, 2021**;

2. Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment (if any) are due **January 17, 2022**;

3. Defendants' reply in support of their cross-motion for summary judgment (if any) is due **February 14, 2022**.

        In accordance with Rule IV.C. of the Court's Individual Rules of Practice, the parties are directed to "electronically file motion and reply papers on ECF <u>only when the entire motion has been briefed</u>."

Accordingly, the Clerk of Court is directed to terminate the motion pending at Dkt. No. 90. Plaintiffs will re-file their motion for summary judgment only once the motion is fully briefed.

Dated: New York, New York
November 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge