UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

BRIDGEPORT MUSIC, INC. and
WESTBOUND RECORDS, INC.,

      Plaintiffs,

   -against-

TUFAMERICA, INC. d/b/a TUFF CITY
RECORDS, and KAY LOVELACE
TAYLOR, individually and on behalf of the
Estate of LeBaron Taylor,

      Defendants.

------------------------------------- X

Case No. 19-cv-01764-PGG

### ORDER CONDITIONALLY DISMISSING PLAINTIFFS' CLAIMS

WHEREAS the Parties have filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2); and

WHEREAS the Court finds it is well taken;

NOW THEREFORE **IT IS SO ORDERED** that the claims brought by Bridgeport Music, Inc. and Westbound Records, Inc. are conditionally dismissed without prejudice, but that if this Court's ruling is reversed, Plaintiffs' claims will be reinstated as of the date of the original filing of the Complaint. If the Second Circuit affirms this Court's dismissal of Defendants' counterclaims, Plaintiffs claims will be deemed dismissed with prejudice.
The Clerk of Court is directed to close the case.

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge
Date: September 15, 2023